**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2414**

_____

TYRONE HURT,

        Plaintiff – Appellant,

    v.

THE COUNTRY OF GERMANY; THE AMERICAN COLLEGE DICTIONARY,

        Defendants - Appellees.

_____

**No. 15-2415**

_____

TYRONE HURT,

        Plaintiff – Appellant,

    v.

UNITED STATES HOUSE OF REPRESENTATIVES; UNITED STATES
SENATE; THE STATE OF MARYLAND; CHIEF OF POLICE, and all law
enforcement officers,

        Defendants - Appellees.

_____

**No. 15-2416**

_____

TYRONE HURT,

        Plaintiff – Appellant,

    v.

THE STATE OF MARYLAND,

              Defendant - Appellee.

---

**No. 15-2418**

---

TYRONE HURT,

              Plaintiff – Appellant,

      v.

N. C. TRANSIT,

              Defendant - Appellee.

---

**No. 15-2419**

---

TYRONE HURT,

              Plaintiff – Appellant,

      v.

UNITED STATES OF AMERICA; UNKNOWN NARCOTIC AGENTS (1975),

              Defendants - Appellees.

---

**No. 15-2420**

---

TYRONE HURT,

              Plaintiff – Appellant,

      v.

UNITED STATES OF AMERICA,

               Defendant - Appellee.

_____

**No. 15-2423**

_____

TYRONE HURT,

               Plaintiff – Appellant,

       v.

CHIEF OF THE POLICE DEPARTMENTS, in the center of the world, W.D.C. and all law enforcement officers across the nation; UNITED STATES HOUSE OF REPRESENTATIVES, 435 members; UNITED STATES SENATE, 100 members,

               Defendants - Appellees.

_____

**No. 15-2427**

_____

TYRONE HURT,

               Plaintiff – Appellant,

       v.

THE STATE OF NEVADA; NARCOTICS AGENTS (1972); ANY AND ALL FORTY-NINE (49) STATES TO THE UNITED STATES OF AMERICA; THE AMERICAN COLLEGE DICTIONARY,

               Defendants - Appellees.

_____

**No. 15-2428**

_____

TYRONE HURT,

               Plaintiff – Appellant,

3

v.

D. C. GOVERNMENT; MR. DICKERSON, Case Manager; NARCOTIC
AGENTS (1972),

            Defendants - Appellees.

                        _____

                        **No. 15-2429**
                        _____

TYRONE HURT,

            Plaintiff – Appellant,

        v.

UNITED STATES OF AMERICA; AMERICAN COLLEGE DICTIONARY,

            Defendants - Appellees.

                        _____

                        **No. 15-2430**
                        _____

TYRONE HURT,

            Plaintiff – Appellant,

        v.

UNITED STATES OF AMERICA,

            Defendant - Appellee.

                        _____

                        **No. 15-2431**
                        _____

TYRONE HURT,

            Plaintiff – Appellant,

        v.

UNITED STATES SENATOR JOHNSON; THE UNITED STATES SENATE (100 MEMBERS),

               Defendants - Appellees.

-------

**No. 15-2433**

-------

TYRONE HURT,

               Plaintiff – Appellant,

      v.

UNITED STATES OF AMERICA,

               Defendant - Appellee.

-------

**No. 15-2434**

-------

TYRONE HURT,

               Plaintiff – Appellant,

      v.

THE NATIONAL DIVISION OF THE AMERICAN INDIAN; UNITED STATES OF AMERICA,

               Defendants - Appellees.

-------

**No. 15-2435**

-------

TYRONE HURT,

               Plaintiff – Appellant,

      v.

UNITED STATES OF AMERICA,

          Defendant - Appellee.

**No. 15-2436**

TYRONE HURT,

          Plaintiff – Appellant,

     v.

THE STATE OF MISSISSIPPI; ALL STATES OF THE UNITED STATES OF AMERICA,

          Defendants - Appellees.

**No. 15-2439**

TYRONE HURT,

          Plaintiff – Appellant,

     v.

U. R. S., and its disabilities; UNITED STATES CONSTITUTION,

          Defendants - Appellees.

**No. 15-2441**

TYRONE HURT,

          Plaintiff – Appellant,

     v.

6

SOUTH CAROLINA, and all forty (49) States of the United States of America; UNITED STATES HOUSE OF REPRESENTATIVES, (435 members); UNITED STATES SENATE, (100 members); THE INTERNATIONAL CRIMINAL COURT, (1946 Hague Germany); THE AMERICAN COLLEGE HERITAGE DICTIONARY,

Defendants - Appellees.

---

**No. 15-2443**

---

TYRONE HURT,

Plaintiff – Appellant,

v.

THE INTERNATIONAL CRIMINAL COURT, (1946) Hague Germany; UNITED STATES OF AMERICA; THE INTERNATIONAL PEACE COURT, (1946) Hague, Germany; D. C. COUNCIL; CHIEFS OF POLICE,

Defendants - Appellees.

---

**No. 15-2444**

---

TYRONE HURT,

Plaintiff – Appellant,

v.

ORGANIZING FOR ACTION; INTERNATIONAL PEACE COURT, (1946 Hague, Germany); HOUSE OF REPRESENTATIVES FOR THE UNITED STATES,

Defendants - Appellees.

7

No. 15-2447

TYRONE HURT,

                    Plaintiff – Appellant,

          v.

UNITED STATES OF AMERICA,

                    Defendant - Appellee.

No. 15-2449

TYRONE HURT,

                    Plaintiff – Appellant,

          v.

UNITED STATES SENATE; UNITED STATES HOUSE OF
REPRESENTATIVES,

                    Defendants - Appellees.

No. 15-2450

TYRONE HURT,

                    Plaintiff – Appellant,

          v.

INTERNATIONAL CRIMINAL COURT, (1946) (Hague, Germany); THE
INTERNATIONAL PEACE COURT, (1946) Hague, Germany; PHILIP
BARTON KEY, U. S. Attorney in D.C.,

                    Defendants - Appellees.

---

**No. 15-2451**

---

TYRONE HURT,

        Plaintiff – Appellant,

      v.

UNITED STATES SENATOR RON JOHNSON; UNITED STATES SENATE, (100 members); UNITED STATES HOUSE OF REPRESENTATIVES, (455 members),

        Defendants - Appellees.

---

**No. 15-2452**

---

TYRONE HURT,

        Plaintiff – Appellant,

      v.

UNITED STATES OF AMERICA; PLANNED PARENTHOOD,

        Defendants - Appellees.

---

**No. 15-2453**

---

TYRONE HURT,

        Plaintiff – Appellant,

      v.

FORMER PRESIDENT OF THE UNITED STATES; THE AMERICAN PEOPLE AND AMERICAN CITIZENS OF THE UNITED STATES OF AMERICA,

        Defendants - Appellees.

9

---

**No. 15-2454**

---

TYRONE HURT,

                Plaintiff – Appellant,

        v.

U. S. CONSTITUTION; UNITED STATES OF AMERICA,

                Defendants - Appellees.

---

**No. 15-2495**

---

TYRONE HURT,

                Plaintiff – Appellant,

        v.

INTERNATIONAL CRIMINAL COURT, (1946) (Hague, Germany); INTERNATIONAL PEACE COURT, (1946) (Hague, Germany); THE COUNTRY OF IRAN; UNITED STATES OF AMERICA,

                Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:15-cv-00308-H; 5:15-cv-00321-H; 5:15-cv-00323-H; 5:15-cv-00327-H; 5:15-cv-00329-H; 5:15-cv-00331-H; 5:15-cv-00332-H; 5:15-cv-00333-H; 5:15-cv-00338-H; 5:15-cv-00340-H; 5:15-cv-00410-H; 5:15-cv-00417-H; 5:15-cv-00462-H; 5:15-cv-00463-H; 5:15-cv-00466-H; 5:15-cv-00467-H; 5:15-cv-00471-H; 5:15-cv-00472-H; 5:15-cv-00473-H; 5:15-cv-00483-H; 5:15-cv-00498-H; 5:15-cv-00499-H; 5:15-cv-00500-H; 5:15-cv-00517-H; 5:15-cv-00530-H; 5:15-cv-00532-H; 5:15-cv-00545-H; 5:15-cv-00497-H)

---

Submitted:  April 18, 2016               Decided:  May 2, 2016

_____

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Tyrone Hurt, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing these actions pursuant to 28 U.S.C. § 1915(e)(2)(B) 2012). We have reviewed the records and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals for the reasons stated by the district court. Hurt v. Germany, No. 5:15-cv-00308-H; Hurt v. U.S. House of Representatives, No. 5:15-cv-00321-H; Hurt v. Maryland, No. 5:15-cv-00323-H; Hurt v. N.C. Transit, No. 5:15-cv-00327-H; Hurt v. United States, Nos. 5:15-cv-00329-H, 5:15-cv-00331-H; Hurt v. Chief of Police Dep't, No. 5:15-cv-00332-H; Hurt v. Nevada, No. 5:15-cv-00333-H; Hurt v. D.C. Gov't, No. 5:15-cv-00338-H; Hurt v. United States, Nos. 5:15-cv-00340-H, 5:15-cv-00410-H; Hurt v. Senator Johnson, No. 5:15-cv-00417-H; Hurt v. United States, No. 5:15-cv-00462-H; Hurt v. Nat'l Div. of Am. Indian, No. 5:15-cv-00463-H; Hurt v. United States, No. 5:15-cv-00466-H; Hurt v. Mississippi, No. 5:15-cv-00467-H; Hurt v. U.R.S., No. 5:15-cv-00471-H; Hurt v. South Carolina, No. 5:15-cv-00472-H; Hurt v. Int'l Crim. Ct., No. 5:15-cv-00473-H; Hurt v. Organizing for Action, No. 5:15-cv-00483-H; Hurt v. United States, No. 5:15-cv-00498-H; Hurt v. United States Senate, No. 5:15-cv-00499-H; Hurt v. Int'l Crim. Ct., No. 5:15-cv-00500-H; Hurt v. Senator Ron Johnson, No. 5:15-cv-00517-H; Hurt v. United States, No. 5:15-cv-00530-H; Hurt v. Former

12

President of U.S., No. 5:15-cv-00532-H; Hurt v. U.S. Constitution, No. 5:15-cv-00545-H; Hurt v. Int'l Crim. Ct., No. 5:15-cv-00497-H (E.D.N.C. Oct. 30, 2015; Nov. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED